UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 62197
   JOANN LAKES
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

      Debtor
   SSN XXX-XX-1108
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/16/05 and confirmed on 01/27/06.

2. The case was converted to Chapter 7 after confirmation, 03/11/2008.

3. The Debtor paid a total of $ 16604.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| UNITED CONSUMER FINANCIA | SECURED | 300.00 | .00 | 300.00 |
| WACHOVIA DEALER SERVICES | SECURED VEHIC | 10525.00 | 1088.82 | 10525.00 |
| AMERICASH LOANS | UNSECURED | 279.72 | .00 | 28.91 |
| CAPITAL ONE BANK | UNSECURED | 679.53 | .00 | 70.23 |
| CONSUMER FINANCIAL SERVI | UNSECURED | 1715.73 | .00 | 177.32 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 408.34 | .00 | 42.21 |
| NATIONWIDE RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| ST THERESE HOSPITAL | UNSECURED | 346.26 | .00 | 35.78 |
| STATE COLLECTION SRV | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1027.92 | .00 | 106.24 |
| WEST ASSET MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 345.18 | .00 | 35.68 |
| WORLD FINANCIAL NETWORK | UNSECURED | 472.49 | .00 | 48.84 |
| WACHOVIA DEALER SERVICES | UNSECURED | 3913.09 | .00 | 404.40 |
| UNITED CONSUMER FINANCIA | UNSECURED | 770.73 | .00 | 79.65 |
| AMERICASH LOANS | UNSECURED | 537.27 | .00 | 55.53 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 10825.00 | .00 | 10496.26 | .00 | 21321.26 |
| PRINCIPAL PAID | 10825.00 | .00 | 1084.79 | .00 | 11909.79 |
| INTEREST PAID | 1088.82 | .00 | .00 | .00 | 1088.82 |
| TOTAL PAID | 11913.82 | .00 | 1084.79 | .00 | 12998.61 |

The Debtor's attorney, KENNETH S BORCIA & ASSOC        , was allowed $   2700.00 and was paid $      40.00   direct and $   2660.00   through the plan.

The Trustee received $    661.39 .

Refunds to the Debtor totaled $    284.00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 06/26/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE


                                    PAGE   2
        CASE NO. 05 B 62197 JOANN LAKES